### JOHN CHANDLER v. THE STATE.

No. 6264.　Decided May 11, 1921.

**Unlawful Sale of Intoxicating Liquors—Purchaser—Accomplice.**

Where the State relied solely upon the testimony of the alleged purchaser of the liquor, the conviction cannot be sustained in the absence of any corroborating facts.

Appeal from the District Court of Kaufman. Tried below before the Honorable Joel R. Bond.

Appeal from a conviction of the unlawful sale of intoxicating liquors; penalty, imprisonment for one year in the penitentiary.

The opinion states the case.

*Wynne & Wynne*, for appellant.

*R. H. Hamilton*, Assistant Attorney General, for the State.

MORROW, PRESIDING JUDGE.—Appellant was convicted of the unlawful sale of intoxicating liquors.

The State relied solely upon the testimony of the alleged purchaser of the liquor. He was an accomplice, and in the absence of any corroborating facts, the evidence is insufficient. Franklin v. State, 88 Texas Crim. Rep., 342, 227 S. W. Rep., 486.

The judgment is reversed and the cause remanded.

*Reversed and remanded.*